IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

        Plaintiff,                           No. CIV S-12-0489 DAD P

     vs.

GOVERNOR OF CALIFORNIA, et al.,

        Defendants.                    ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Plaintiff shall submit, within thirty days from the date of this order, either the
3 $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
4 provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
5 extension of time to do so will result in a recommendation that this action be dismissed without
6 prejudice; and

7       2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed
8 In Forma Pauperis By a Prisoner for use in a civil rights action.

9 DATED: March 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
will0489.3a

2