IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

    Plaintiff,                                  No. CIV S-12-0489 JAM DAD P

    vs.

GOVERNOR OF CALIFORNIA, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a motion for leave to proceed in forma pauperis. Plaintiff did not submit his in forma pauperis motion on a proper form. For that reason, by order filed April 19, 2012 the motion was denied without prejudice and plaintiff was granted thirty days to submit a new motion on the proper form. Plaintiff neither complied with nor responded in any way to the April 19, 2012 order, and on May 31, 2012, this court issued findings and recommendations recommending that this action be dismissed without prejudice.

        On June 5, 2012, plaintiff filed objections to the findings and recommendations and a document styled "Appeal for Asignment [sic] of a State Typewriter." On June 8, 2012, plaintiff filed a document styled "Appeal for Disclosure." By the latter, plaintiff appears to seek discovery of the whereabouts of several individuals. Both documents have been docketed by the Clerk of the Court as motions.

1

Good cause appearing, plaintiff will be granted thirty days to supplement his objections with a complete in forma pauperis application as required by the April 19, 2012 order. Should plaintiff file a complete in forma pauperis application, the findings and recommendations will be vacated and the complaint will be screened pursuant to 28 U.S.C. § 1915A. Should plaintiff fail to file a complete in forma pauperis application, the findings and recommendations and plaintiff's objections thereto will be submitted to the district court for de novo review.

This action will not proceed further unless and until plaintiff files a complete application and, as appropriate, the court screens the complaint pursuant to 28 U.S.C. § 1915A. For that reason, plaintiff's outstanding motions will be denied without prejudice.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order to file a properly completed application to proceed in forma pauperis on the form provided with this order.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

3. Plaintiff's June 5, 2012 motion (Doc. No. 13) is denied without prejudice.

4. Plaintiff's June 8, 2012 motion (Doc. No. 14) is denied without prejudice.

DATED: June 12, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12/will0489.o

---

[1] Plaintiff's June 8, 2012 application appears to be a discovery request. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.